UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>S. GATES, et al.,<br><br>        Defendants. | 1:19-cv-01444-NONE-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE**<br>**(ECF No. 15.)**<br><br>**OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

      Stanley H. Solvey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On October 15, 2019, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  On October 22, 2019, the court screened the Complaint and issued an order dismissing the Complaint for failure to state a claim, with leave to amend.  (ECF No. 8.)  On January 14, 2020, Plaintiff filed the First Amended Complaint.  (ECF No. 14.)  On January 30, 2020, the court dismissed the First Amended Complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days.  (ECF No. 15.)  Plaintiff requested and was granted extensions of time to file the Second Amended Complaint.  The most recent deadline has now expired and Plaintiff has not filed the Second Amended Complaint.  As a result there is no pleading on file which sets forth any claims upon which relief may be granted.

On July 27, 2020, Plaintiff notified the court that he does not intend to file the Second Amended Complaint and stands on the First Amended Complaint.  (ECF No. 26.)  Plaintiff also indicates that he shall oppose any recommendation to dismiss the case and shall appeal to the Ninth Circuit if the case is dismissed.  (Id.)

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A, this case be DISMISSED, with prejudice, based on Plaintiff's failure to obey a court order, failure to prosecute, and failure to state a claim upon which relief may be granted under § 1983; and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **August 9, 2020**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE