UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>S. GATES, et al.,<br><br>　　　　　Defendants. | No:  1:19-cv-01444-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CASE AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. No. 28.) |

　　　　Plaintiff Stanley H. Solvey is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 30, 2020, plaintiff's first amended complaint (Doc. No. 14) was screened by the assigned magistrate judge and found to lack sufficient factual detail to allow the court to reasonably infer that each defendant is liable for the misconduct alleged, namely deliberate indifference to plaintiff's serious medical needs.  (Doc. No. 15).  Plaintiff was given a second opportunity to amend his complaint.  (*Id*. at 13.)  After being granted four extensions of time to do so (*see* Doc. Nos. 18, 21, 23, 25), plaintiff notified the court that he "believes he has stated a claim" for deliberate indifference and therefore declined to amend his first amended complaint. (Doc. No. 26.)

　　　　On August 10, 2020, the assigned magistrate judge entered findings and recommendations, recommending that this case be dismissed due to plaintiff's failure to state a

1

cognizable claim, failure to comply with a court order, and failure to prosecute. (Doc. No. 28.) On August 27, 2020, plaintiff filed objections to the findings and recommendations. (Doc. No. 29.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff correctly points out in his objections that the court must construe his *pro se* complaint liberally and that he is not under any obligation to spell out "all" of the facts relevant to his case at this stage. Nonetheless, the court agrees with the magistrate judge that the allegations presented by plaintiff in his first amended complaint are insufficient to state a claim because they fail to plausibly suggest or infer that any named defendant acted with deliberate indifference.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued on August 10, 2020 (Doc. No. 28), are adopted;
2. This action is dismissed, with prejudice, based on plaintiff's failure to obey a court order, failure to prosecute, and failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 2, 2020**                          /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE