UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>S. GATES, et al.,<br><br>          Defendants. | 1:19-cv-01444-JLT-GSA-PC<br><br>**ORDER ADDRESSING PLAINTIFF'S REQUEST FOR SUBPOENAS AND INFORMATION FROM THE COURT (ECF No. 53.)** |

     Stanley H. Solvey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint filed on January 14, 2020, against defendant Dr. Andrew Zepp ("Defendant") for refusing to provide Plaintiff with sufficient pain medication as he awaited surgery in violation of the Eighth Amendment.  (ECF No. 14.)

     On June 23, 2022, Plaintiff filed a request for subpoenas for bringing witnesses to trial. (ECF No. 54.)  Plaintiff also requests information about calculating and submitting mileage for witness fees, requesting documents to be certified under seal, and obtaining a writ of habeas corpus ad testificandum to remove him to Court for trial.

     Trial has not been scheduled in this case and the parties' cross-motions for summary judgment, filed on June 9 and June 27, 2022, are pending.  Therefore, Plaintiff's request for

1

information about bringing witnesses to trial is premature.  In the event this case is subsequently scheduled for trial the Court shall issue orders providing Plaintiff with information necessary to prepare for trial.  To the extent that Plaintiff seeks to subpoena documents from other parties, he may not do so at this stage of the proceedings as discovery was closed on March 14, 2022 and has not been reopened.

      This order resolves Plaintiff's request for information and subpoenas, filed on June 23, 2022.

IT IS SO ORDERED.

Dated: **July 1, 2022**             **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE