UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>         Plaintiff,<br><br>   vs.<br><br>S. GATES, et al.,<br><br>         Defendants. | **1:19-cv-01444-JLT-GSA-PC**<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 70.)**<br><br>**DEADLINE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT:  <u>OCTOBER 11, 2022</u>** |

  Stanley H. Solvey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint filed on January 14, 2020, against defendant Dr. Andrew Zepp ("Defendant") for refusing to provide Plaintiff with sufficient pain medication as he awaited surgery, in violation of the Eighth Amendment.  (ECF No. 14.)

  On September 21, 2022, Defendant filed a motion for extension of time to file a reply to Plaintiff's opposition to Defendant's cross-motion for summary judgment.  (ECF No. 70.)

1

The Court finds good cause to grant Defendant an extension of time.  Accordingly, IT IS HEREBY ORDERED that Defendant is granted an extension of time until **October 11, 2022** in which to file a reply to Plaintiff's opposition to Defendant's cross-motion for summary judgment.

IT IS SO ORDERED.

    Dated:   **September 22, 2022**                              **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE