UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. GATES, et al.,<br><br>　　　　Defendants. | **1:19-cv-01444-JLT-GSA-PC**<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>**(ECF No. 86.)**<br><br>**DEADLINE TO FILE ADDITIONAL OPPOSITION:  MARCH 31, 2023** |

　　　Stanley H. Solvey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint filed on January 14, 2020, against defendant Dr. Andrew Zepp ("Defendant") for refusing to provide Plaintiff with sufficient pain medication as he awaited surgery, in violation of the Eighth Amendment.  (ECF No. 14.)

　　　On March 16, 2023, Defendant filed an ex-parte motion for extension of time to file (1) an additional opposition to Plaintiff's motion for sanctions, as ordered by the court, and (2) a

response to Plaintiff's motion for preliminary injunction, *if* the Court requires a response. (ECF No. 86.)

The Court finds good cause to grant Plaintiff an extension of time until March 31, 2023 to file an additional opposition to Plaintiff's motion for sanctions, as ordered by the Court. The Court does not require Defendant to file a response to Plaintiff's pending motion for preliminary injunction and therefore, the Court shall address the motion for preliminary injunction without the need for Defendant to address it.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff is granted an extension of time until **March 31, 2023** in which to file a reply to Plaintiff's motion for sanctions, as ordered by the Court on February 17, 2023; and

2. The Court does not require Defendant to file a response to Plaintiff's pending motion for preliminary injunction (ECF No. 83), the Court shall address the motion for preliminary injunction without the need for Defendant to address it.

IT IS SO ORDERED.

Dated:   **March 17, 2023**                    /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE