# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>      Plaintiff,<br><br>   vs.<br><br>S. GATES, et al.,<br><br>      Defendants. | 1:19-cv-01444-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 88.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 83.) |

      On March 20, 2023, findings and recommendations were issued, recommending that plaintiff's motion for preliminary injunctive relief, filed on February 24, 2023, be denied. (Doc. 88.)  After being granted an extension of time to file objections (Doc. 92), Plaintiff filed objections to the findings and recommendations on April 12, 2023, (Doc. 93.)

      According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.  Of note, the magistrate judge correctly explained that the relief Plaintiff seeks in his motion for a preliminary injunction, including adjustments to the diabetes medications he is receiving at his current place of incarceration (Corcoran State Prison), is not related to the remaining claims in this case, which concern the alleged failure of medical personnel at his prior place of incarceration (Kern Valley State Prison) provide pain medication prior to surgery

related to a testicular cyst. This warrants denial of the motion for injunctive relief. Thus, the Court **ORDERS:**

    1.    The findings and recommendations issued by the magistrate judge on March 20, 2023, are **ADOPTED IN FULL**.

    2.    Plaintiff's motion for preliminary injunctive relief, filed on February 24, 2023, 2021, is **DENIED**.

IT IS SO ORDERED.

Dated:   **April 14, 2023**

UNITED STATES DISTRICT JUDGE