UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>              Plaintiff,<br><br>       v.<br><br>S. GATES, et al.,<br><br>              Defendants. | No. 1:19-cv-01444 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(ECF No. 95) |

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2023, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed by October 4, 2023.  (ECF No. 95).  Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Thus the Court **ORDERS**:

   1.  The findings and recommendations issued September 11, 2023 (ECF No. 95), are

ADOPTED IN FULL;

    2.   Plaintiff's surreply / motion for a finding of perjury and sanctions, docketed December 15, 2022 (ECF No. 78), is DENIED;

    3.   Plaintiff's motion for summary judgment, docketed June 9, 2022 (ECF No. 53), is DENIED;

    4.   Defendant's cross-motion for summary judgment, filed June 27, 2022 (ECF No. 55), is GRANTED, and

    5.   The Clerk of Court shall enter judgment in favor of Defendant and CLOSE this case.

IT IS SO ORDERED.

Dated:   **December 26, 2023**

                                            UNITED STATES DISTRICT JUDGE