UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>            Plaintiff,<br><br>    v.<br><br>S. GATES, et al.,<br><br>            Defendants. | No. 1:19-cv-01444 JLT GSA (PC)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. 110) |

On December 27, 2023, the Court adopted in full the assigned magistrate judge's findings and recommendations to grant Defendant's motion for summary judgment. (Doc. 103.) In the Court's original order (Doc. 103), the Court erroneously indicated that plaintiff had not filed objections to the findings and recommendations. However, as the Court later indicated in an Amended Order issued December 28, 2023, "not only had he filed objections (Doc. 98), but the Court spend a good deal of time reviewing them, having initially been perplexed by how the first two pages of the document bore on the issues." (Doc. 105.) As the Court explained in the Amended Order:

> After reviewing the entirety of the documents, the Court found that the objections restated much of what the plaintiff presented in opposition to the motion and, some of his assertions made in his objections contradicted the evidence he presented earlier. For example, his objections indicate he had been given no medication from February 3, 2019 through February 22, 2019 (Doc. 98 at 5). However, the evidence he presented in opposition to his motion was

1

> consistent with the magistrate judge's determination that that between February 5, 2019 and the date of the surgery on March 25, 2019, he was prescribed Tylenol by Dr. Ulit and was taking eight-to-ten, pills per day. (Doc. 69 at 39) Moreover, the evidence showed that on March 4, 2019, Dr. Sao also prescribed 400 mg Ibuprofen three times per day.

(Doc. 105 at 2.)

Plaintiff filed a notice of appeal on January 11, 2024. (Doc. 106.) On January 17, 2024, he filed a motion for reconsideration of this Court's **December 27, 2023** Order, arguing that the Court erred by failing to consider his objections. (Doc. 110.) The Ninth Circuit has stayed its proceedings related to the appeal until this Court decides the pending motion for reconsideration. (Doc. 112.)

For the reasons explained in the Court's December 28, 2023 Amended Order, the motion for reconsideration is without merit. The Court did consider Plaintiff's objections and issued the Amended Order to acknowledge and directly address them.

**CONCLUSION AND ORDER**

For the reasons set forth above:

(1) Plaintiff's January 17, 2024 motion for reconsideration is **DENIED**.

(2) As a courtesy, the Clerk of Court is directed to serve on Plaintiff a copy of the Court's December 28, 2023 Amended Order (Doc. 105) along with a copy of this Order.

IT IS SO ORDERED.

Dated: __April 17, 2024__                       _/s/ Jennifer L. Thurston_
                                                UNITED STATES DISTRICT JUDGE